**SO ORDERED.**



# TIFFANY & BOSCO
P.A.

**Dated: October 02, 2009**

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19704/0074382417

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

IN RE:

Russell E. Coen
          Debtors.
_____

Wells Fargo Bank, N.A.
          Movant,

     vs.

Russell E. Coen, Debtors; Maureen Gaughan,
Trustee.

        Respondents.
_____

No. 2:09-bk-17158-CGC

Chapter 7

O R D E R

(Related to Docket #17)

    This matter having come before the Court for a Preliminary Hearing on September 10, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, pro se, and good cause appearing,

    **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated April , 2007, and recorded in Instrument No.

20070414244, in the office of the Maricopa County Recorder at  wherein Wells Fargo Bank, N.A. is the current beneficiary and Russell E. Coen have an interest in, further described as:

Lot 5, Block 2, NORTH CENTRAL HEIGHTS PLAT A, according to the Plat of Record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 37 of Maps, Page 27.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____day of _____, 2009.

_____

JUDGE OF THE U.S. BANKRUPTCY COURT